**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-8073**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

     v.

ANTHONY LAMAR SNIPE,

                    Defendant – Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, Senior District Judge.  (2:02-cr-00833-PMD-1)

———————

Submitted:  February 26, 2013        Decided:  March 1, 2013

———————

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Lamar Snipe, Appellant Pro Se. Sean Kittrell, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lamar Snipe appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Snipe, No. 2:02-cr-00833-PMD-1 (D.S.C. Nov. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2